United States Courts
Southern District of Texas
FILED

MAR 17 2023

Nathan Ochsner, Clerk of Court

Appendix A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
_____ DIVISION

Imran Khan §
§
versus §
§ CIVIL ACTION NO. _____
City of Houston §
§
§
§

## EMPLOYMENT DISCRIMINATION COMPLAINT

1. This action is brought under Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred by Title 42 United States Code, Section § 2000e-5.

2. The Plaintiff is: Imran Ejaz Khan

   Address: 2410 Crossmill LN
   77043

   County of Residence: Harris

3. The defendant is: City of Houston

   Address: P.o Box 368
   Houston, Tx 77001

☑ Check here if there are additional defendants. List them on a separate sheet of paper with their complete addresses.

4. The plaintiff has attached to this complaint a copy of the charges filed on _____ with the Equal Opportunity Commission.

5. On the date of 12-19-22, the plaintiff received a Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission; a copy is attached.

- Additional defendant -

1) - Benjamin Stewart
1200 Travis St
Houston, TX 77002

2) David Angelo
1200 Travis St
Houston, TX 77002

6. Because of the plaintiff's:

   (a) ☒ race

   (b) ☒ color

   (c) ☐ sex

   (d) ☒ religion

   (e) ☒ national orgin,

   the defendant has:

   (a) ☐ failed to employ the plaintiff

   (b) ☒ terminated the plaintiff's employment

   (c) ☐ failed to promote the plaintiff

   (d) ☒ other: Retaliation
   ⊕ Disability

7. When and how the defendant has discriminated against the plaintiff:

   I was relived of duty on flimsy Pretext after I complained by discrimation at work.

8. The plaintiff requests that the defendant be ordered:

   (a) ☐ to stop discriminating against the plaintiff

   (b) ☐ to employ the plaintiff

   (c) ☐ to re-employ the plaintiff

   (d) ☐ to promote the plaintiff

(e) ☐ to _____

_____

_____ and that;

(f) ☑ the Court grant other relief, including injunctions, damages, costs and attorney's fees.

_____
(Signature of Plaintiff)

Address: 2410 Crossmill LN, KATY TX 77450

Telephone: 713-330-9388